

**ORIGINAL**

MEMORANDUM

Office of the Clerk
United States District Court
Northern District of Texas

---

May 31, 2007



TO:        Janet Baggett

FROM:      Debra Graves

SUBJECT:   3998 STATUS

Please place the following defendant on 3998 status in Case No. 3:02-CR-052-L:

**Nadia Elashi (7)**

Thank you.

---

*Maximizing Resources to Provide Quality Service*